FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 01, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE ESQUIVEL GARCIA,<br><br>Defendant. | No. 2:19-CR-00202-RHW-1<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY RELEASE CONDITIONS<br><br>**MOTION GRANTED**<br>   **(ECF No. 44)** |

Before the Court is Defendant's Motion to Modify Conditions of Release, **ECF No. 44**. Defendant recites in his motion that the United States does not oppose this request.

Specifically, Defendant requests permission to be removed from electronic monitoring.

The Court finding good cause, **IT IS ORDERED** Defendant's Motion, **ECF No. 44**, is **GRANTED**. Defendant will no longer be required to participate in electronic monitoring as required in condition #28.

All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED July 1, 2020.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 1