UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 03, 2020

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Garcia, Jose Esquivel | Docket No. | 0980 2:19CR00202-RHW-1 |

**Petition for No Action on Conditions of Pretrial Release**

      COMES NOW Stephen Krous, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Jose Esquivel Garcia, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 7th day of February 2020, under the following conditions:

**Special Condition #31:** Defendant shall not operate a motor vehicle.

**Standard Condition #1:** Defendant shall not commit any offense in violation of federal, state or local law.  Defendant shall advise the supervising Pretrial Services Officer and defense counsel within one business day of any charge, arrest, or contact with law enforcement. Defendant shall not work for the United States government or any federal or state law enforcement agency, unless Defendant first notifies the supervising Pretrial Services Officer in the captioned matter.

      RESPECTFULLY PRESENTING PETITION FOR NO ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1**: Jose Esquivel Garcia is alleged to have violated special condition number 31, as it is alleged he drove a motor vehicle without a valid operator's license, as well as no insurance, on July 18, 2020.

On February 18, 2020, the conditions of pretrial release were reviewed with Mr. Garcia.  He signed the release order, acknowledging an understanding of the conditions imposed, and was provided with a copy.

Mr. Garcia was cited on July 18, 2020, for a defective headlight, no valid operator's license and operating a motor vehicle without insurance, in Grant County District Court, in Moses Lake, Washington, case number XZ0594794.

The police report from the Soap Lake Police Department indicates the officer observed a vehicle driving northbound with a defective passenger-side headlight.  The officer pulled behind the vehicle and conducted a traffic stop.

The officer determined the driver was Jose Esquivel Garcia.  Mr. Garcia did not have a valid driver's license nor insurance, and the officer cited the defendant with an infraction.

**Violation #2**: Jose Esquivel Garcia is alleged to be in violation of standard condition number 1 by having committed an offense in violation of federal, state or local law on July 18, 2020 and he failed to report his contact with law enforcement within 1 business day.

On February 18, 2020, the conditions of pretrial release were reviewed with Mr. Garcia. He signed the release order acknowledging an understanding of the conditions imposed, and was provided with a copy.

Mr. Garcia was cited on July 18, 2020, as noted above, and failed to notify this officer within 1 business day of his contact with law enforcement.

Mr. Garcia was contacted by the Soap Lake Police Department on July 18, 2020, and cited for a defective headlight, no valid operator's license and operating a motor vehicle without insurance, in Grant County District Court, in Moses Lake, Washington, case number XZ0594794.

Mr. Garcia failed to report this contact to the supervising pretrial services officer within the designated time frame.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: July 31, 2020

by s/Stephen Krous

Stephen Krous
U.S. Pretrial Services Officer

THE COURT ORDERS
[X]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

August 3, 2020
Date